# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**V.**

MICHAEL STIVERS

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-0377

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about March 22, 2016 and on or about May 26, 2016, in Marion County and elsewhere, in the Southern District of Indiana, defendant did,

Count 1 – knowingly possess visual depictions of minors engaging in sexually explicit conduct, in violation of 18.U.S.C. § 2252(a)(4)(B).

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

Task Force Officer, Donald L. Whitehead, FBI

**Sworn to before me, and subscribed in my presence**

May 27, 2016
**Date**

at Indianapolis, Indiana

Denise K. LaRue, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

**AFFIDAVIT**

I, Donald L. Whitehead, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. **Affiant**: I have been employed as a police officer for 37 years. I retired in February of 2012 from the Kokomo Police Department after 27 ½ years of service and I am currently employed as an Investigator at the Howard County Prosecutor's Office. I have been assigned to the Indianapolis Violent Crimes Against Children Task Force, which includes crimes against children cases, for the past 5 years. As a Task Force Officer with the FBI, I have investigated federal criminal violations including crimes against children, child exploitation, and child pornography. I have participated in the investigation and prosecution of over 100 cases involving child exploitation or abuse.

2. **Training and Experience**: For approximately the past eleven years, including my time with the Kokomo Police Department and a Task Force Officer with the FBI, I have attended multiple Crimes Against Children conferences and have taken numerous courses relating to online sexual exploitation of children investigations. I am a member of the Indiana Internet Crimes Against Children (ICAC) Task Force since approximately 2004, a task force whose work focuses on child exploitation cases and includes numerous federal, state, and local law enforcement agencies.

3.    **Authority**: As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4.    **Statements and Information**: The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

5.    **Requested Action**: I have probable cause to believe that **Michael Stivers** of Indianapolis, Indiana, has violated 18 U.S.C. § 2252(a)(4)(B)(possession of child pornography)(Count 1) and I request the Court to issue a criminal complaint and arrest warrant for such offense.

6.    **Present Investigation**: On March 27, 2016, April 9, 2016, and April 14, 2016, I conducted undercover sessions on the BitTorrent internet file sharing network, where I downloaded multiple files containing child pornography using peer-to-peer law enforcement software. Using this software, I determined that the IP address **73.146.104.162** was permitting the downloading of such files on multiple occasions.

7.    The BitTorrent file sharing network and the internet are facilities of interstate or foreign commerce. Distributing and receiving files through this networking is in or affecting interstate or foreign commerce.

8. Following the undercover sessions, I reviewed the downloaded images and they are described below.

9. **Session 1 (March 27, 2016)**: A file folder titled "Lolita" contained a video titled "4" that depicted a prepubescent boy and girl, both nude, dancing and touching each other. The boy had an erect penis. The video was 18 minutes and 38 seconds long, however the file was incomplete and did not play in its entirety. It should be noted that shared files that are downloaded often do not download entirely, allowing only the downloaded pieces to be viewed.

10. **Session 2 (April 9, 2016)**: A file folder titled "9yo jenny full" that contained 6 images, 2 of which were incomplete. The images which could be viewed are described as follows:

11. Pthc Ptsc Jenny 9yo Daughter With Cum In Mouth, New" depicts the face of a prepubescent girl with her mouth open. This file is part of what is common known as the "jenny" series.

12. "pthc_9yo_jenny_bottomless_in_backseat" depicts the same prepubescent girl wearing a collar around her neck, nude from the waist down, her legs spread exposing her vagina.

13. "pthc_ptsc_9yo jenny in nylons and collar tied up" depicts the same prepubescent girl wearing only nylon stockings, with her wrists tied together over her head with yellow rope, and yellow rope around both of her thighs, legs spread with her vagina exposed.

14. "pthc_ptsc_9yo_jenny_enjoying_doggie_cock" depicts the same prepubescent girl's head with what appears to be a dog's penis in her mouth.

15. Session 3 (April 14, 2016): A file folder titled "9yo jenny full" that contained 5 images, 1 of which was incomplete. The complete images were as follows:

16. "pthc_ptsc jenny_9yo daughter swallowing cu..." depicts a prepubescent girl's face with her tongue out.

17. "pthc_ptsc jenny_my 9yo naked" depicts the same prepubescent girl, nude, laying on her back, on a multicolored quilt, with her arms over her head, legs spread exposing her vagina.

18. "pthc_ptsc_9yo jenny in nylons and collar tied up" depicts the same prepubescent girl wearing only nylon stockings, with her wrists tied together over her head with yellow rope, and yellow rope around both of her thighs, legs spread with her vagina exposed.

19. "pthc_ptsc_9yo_jenny_enjoying_doggie_cock" depicts the same prepubescent girl's head with what appears to be a dog's penis in her mouth.

20. **Comcast**: On April 19, 2016, I received a response to a subpoena sent to Comcast on April 18, 2016. The IP address from which the visual depictions of minors engaged in sexually explicit conduct were downloaded, 73.146.104.162, was registered to **Michael Stivers** (**Stivers**)( of 5354 Southeastern Avenue, Indianapolis, Indiana 46203.

21. **Database Information**: On April 19, 2016, a search of a law enforcement sensitive data base identified Stivers as residing at 5354 Southeastern Avenue, Indianapolis, Indiana 46203.

22.   **Criminal History**:  On April 19, 2016 a check of NCIC revealed Stivers has a criminal record including convictions for Robbery, Child Molesting, Child Exploitation, Sexual Battery, and Criminal Confinement. Stivers is currently on probation or supervised release for Robbery and Child Exploitation.

23.   On May 4, 2016, I conducted surveillance and took photographs at 5354 Southeastern Avenue, Indianapolis, Indiana 46203.  No activity was observed at that location.

24.   On May 13, 2016, United States Postal Inspector Michael Williams confirmed that Stivers and Sherry Lancaster receive mail at 5354 Southeastern Avenue, Indianapolis, Indiana 46203.

25.   **Search of Residence**:  On May 26, 2016 at approximately 6:40 am, a search warrant was executed at 5354 Southeastern Avenue, Indianapolis, Indiana.  Stivers was not present at that time and was located at approximately 8:30 am when he arrived at his place of employment.  Stivers agreed to accompany investigators back to his residence where he read and signed a waiver of his rights as they pertain to *Miranda* at 9:00 am.  A recorded interview was conducted and the following is a summary of that recorded interview:

26.   Stivers admitted that he resides at 5354 Southeastern Avenue, Indianapolis, Indiana with his mother, Sherry Lancaster.  Stivers was released from prison on April 10, 2015, after serving time for Robbery and Child

Exploitation and is currently on supervised release until June of this year.
Stivers lives in the basement of the residence.

27.     Stivers initially denied any internet use, due to the conditions of
his release, but later admitted using a laptop computer in the basement of his
residence to connect to the internet.  Stivers stated he has exclusive use of the
laptop, and two flash drives located in the basement during the search of the
residence.

28.     Stivers admitted to using "BitComet" to download torrents and to
sharing his downloads with others.  Stivers stated he does download adult
pornography.  When confronted with evidence of child pornography located on
the flash drives found in the basement of the residence, Stivers denied any
knowledge the presence of child pornography or how it got on the flash drives.
Stivers maintained throughout the interview he has not downloaded or
obtained any child pornography.

29.     The initial forensic triage of the flash drives showed that one of the
drives over 40 videos of child pornography, similar to the type described above.
Also, the second flash drives was found to contained deleted child pornography
files, which were forensically recovered.  The laptop computer was found to
contain software to obtain files from the Bittorrent network.

30.     I know from my training and experience that the two flash drives
were manufactured outside the state of Indiana.

31.     Because I obtained child pornography files from Stivers of the
period of several weeks, it is highly improbable that any other person was

using his flash drives and internet access at the residence to receive, collect or distribute in child pornography.  During his interview, Stivers did not identify any other specific person having continual access to his basement room and devices during the last several months.  Also, Stivers' mother, the only other resident of the premises, lives upstairs and is infirm.  She denied knowing about this criminal activity in the basement involving child pornography.

32.   **Forensic Analysis of Computer**:  The forensic analysis of the laptop computer and flash drives is ongoing.  However, at this time, the analysis shows that both flash drives have been connected to the laptop.  The pny flash drive with the child pornography videos was last connected May 6, 2016.  The other flash drive with the deleted child pornography files was last connected on March 22, 2016.

33. **Probable Cause:** Based on the above facts, I believe probable cause exists to charges Stivers with a violation of Title 18, United States Code, Section 2252(a)(4)(B)(Count 1). This criminal activity occurred between on or about March 22, 2016 and on or about May 26, 2016 in the Southern District of Indiana.

Donald L. Whitehead
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me this 27th day of May, 2016.

Hon. Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana